Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

District of Colum

**Case: 1:26-cv-00965 JURY DEMAND**
**Assigned To : Unassigned**
**Assign. Date : 3/19/2026**
**Description: TRO/PI (D-DECK)**

Pro Se Chris F. Palmer

)
)
)
)

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

)
)
)
)
)
)
)

Ca

Jury Trial: *(check one)* ☑ Yes ☐ No

3rd District Metropolitan Police Department and 2 John Does Metropolitan Police Department

)
)
)
)
)
)

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Pro Se Chris F. Palmer |
| Street Address | 3520 18th Street Apt. 202 |
| City and County | Washington |
| State and Zip Code | District of Columbia |
| Telephone Number | (202) 240-4461 |
| E-mail Address | chrisfpalmer64@gmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED

MAR 19 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — 3rd District Metropolitan Police Dept.

Job or Title *(if known)* — (local police) Police Department

Street Address — 1620 V St, NW.

City and County — Washington

State and Zip Code — District of Columbia

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — 2. John Doe's MPD officers

Job or Title *(if known)* — (local police)

Street Address — Street 1620 V. St. NW

City and County — Washington

State and Zip Code — District and of Columbia 20009

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 1st. Amend. 4th Amend. 5th Amend. 14th Amend.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* Pro Se Craig F. Palmer , is a citizen of the State of *(name)* District of Columbia

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____

        and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* 2 John Doe's , is a citizen of the State of *(name)* District of Columbia . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)* 3rd. District MPD , is incorporated under

the laws of the State of *(name)* District of Columbia , and has its

principal place of business in the State of *(name)* District of Columbia

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pain and Suffering $15,000,000  =$50,000,000
Punitive damages $35,000,000

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Date of excessive force: 11/01/2023. I opened my apartment door and there were two MPD officers. Serving me a civil protection order. As we were talking I said, "let me open my door more so my cameras can see us. Then the officer on my left, jumped inside my apartment yelling you're under arrest and using unnecessary force under the circumstance. I am entitled to damage demands.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Respectfully, I ask this court to order damage demands. The officers should have been aware that their misconduct carried a substantial risk of lethal harm, therefore knew the risk of harm. With the trauma I've already experienced over the years—my trauma was prolonged. The officers had conscious disregard for law and risk of lethal harm. The was with misconduct done with malice, I am entitled to damage demands of pain and suffering $15,000,000 and punitive demands of $35,000,000

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    03/19/2026

Signature of Plaintiff

Printed Name of Plaintiff    Chris F. Palmer

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____